# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

161058 & (33)(55)(58)(64)(65)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* SMITH

_____

STACEY R. SMITH,
          Plaintiff-Appellant,

v

JOHN BEASON and CHRISTOPHER BECKER,
          Defendants-Appellees.

        SC:  161058
        COA:  352572
        Kent CC:  20-000224-AS

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 2, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for miscellaneous relief are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



Clerk

t0622